UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

Eliseo Espinosa,

Plaintiff,

v.

Loyal Source Government Services,

Defendant.

Case No: _6:26-CV-716 _ AGM - RMN_

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## 1. Parties

Plaintiff, Eliseo Espinosa, is a resident of Florida.

Defendant, Loyal Source Government Services, is an employer doing business in Florida.

## 2. Jurisdiction

This action arises under the Americans with Disabilities Act of 1990 (ADA).

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question).

Venue is proper in this district because the events occurred in Orlando, Florida.

## 3. EEOC Charge

Plaintiff filed a charge of discrimination with the **U.S. Equal Employment Opportunity Commission.

The EEOC issued a Notice of Right to Sue on December 22, 2025.

This lawsuit is filed within 90 days of receipt of that notice.

## 4. Facts

Plaintiff was employed by Defendant as a Recruiter.

Plaintiff had a medical condition requiring surgery.

Prior to and after the surgery, Plaintiff requested reasonable accommodations, including:

Working on the first floor to avoid climbing stairs

Working remotely a few days per week

These accommodations would have allowed Plaintiff to continue performing the essential functions of the job.

Defendant denied all accommodation requests.

Plaintiff took time off for surgery and recovery.

When Plaintiff notified Defendant that he was ready to return to work, Defendant terminated his employment.

Defendant stated that the termination was due to a "reduction in workforce."
Plaintiff was the only individual on his team affected, indicating the stated reason was pretextual.
Defendant's actions were discriminatory and taken because of Plaintiff's disability and/or request for accommodations.

5. Claims
Count I – Disability Discrimination
Violation of the **Americans with Disabilities Act of 1990.
Count II – Failure to Provide Reasonable Accommodation
Defendant failed to provide reasonable accommodations as required by law.
Count III – Retaliation
Defendant terminated Plaintiff for requesting accommodations.

6. Damages
Plaintiff seeks:
Back pay
Front pay
Compensatory damages
Emotional distress damages
Attorney's fees and costs
Any additional relief the Court deems just and proper

7. Jury Demand
Plaintiff demands a trial by jury.

Respectfully submitted,

Eliseo Espinosa
984 English Town Lane apt 106
Winter Springs, FL 32708
321-439-3095
Eliespinosa@live.com